UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNIE BAINER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 12 C 5861 |
| v. ) | Judge Manning |
| ) | Magistrate Judge Schenkier |
| CITY OF HANOVER PARK, et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Respectfully submitted,

/s/ Lawrence Jackowiak
Jackowiak Law Offices
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595
*Counsel for Plaintiff*